# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAGIC METRO TACTICAL TEAM,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01405-AWI-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 3)<br><br>TWENTY DAY DEADLINE |

  Plaintiff Phillip Sanders, appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed a complaint on September 3, 2013. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application was not adequately completed. Plaintiff states that he is employed and is receiving disability or workers compensation payments, but does not disclose how much he is receiving. Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

  Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;

2.  The Clerk of the Court is directed to forward an in forma pauperis application

1

(Long Form) to Plaintiff;

3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed in forma pauperis without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **September 5, 2013**

UNITED STATES MAGISTRATE JUDGE

2